# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br>MARGARITO MUNOZ SANCHEZ (1) | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 20CR3483-MDD<br><br>Martin G. Molina<br>Defendant's Attorney |

**Registration Number:** 84321-198

☐ –

THE DEFENDANT:

☒ pleaded guilty to count(s)  1 of the Information (Class A Misdemeanor).

☐ was found guilty on count(s) _____
  after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 42 USC 4307(a) | SOCIAL SECURITY FRAUD (Misdemeanor) | 1 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is dismissed on the motion of the United States.

☒ Assessment: $25.00.

☒ No fine   ☐ Forfeiture pursuant to order filed _____, included herein.

  IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 26, 2021
Date of Imposition of Sentence

HONORABLE MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

DEFENDANT: MARGARITO MUNOZ SANCHEZ (1)  
CASE NUMBER: 20CR3483-MDD

Judgment - Page **2** of **3**

## **IMPRISONMENT**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 6 MONTHS.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

    ☐ at _____ A.M. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ on or before

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## **RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL

20CR3483-MDD

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| DEFENDANT: | MARGARITO MUNOZ SANCHEZ (1) | Judgment - Page **3** of **3** |
| --- | --- | --- |
| CASE NUMBER: | 20CR3483-MDD | |

## RESTITUTION

The defendant shall pay restitution in the total amount of $55,689.62 distributed to the victims as follows:

| Victim | Amount |
| --- | --- |
| Social Security Administration | $23,487.64 |
| California Department of Health Services | $32,201.98 |

Payment of the restitution shall be made at a rate of $120.00 per month.

The Court permits the defendant to continue to make restitution payments to the Social Security Administration via withholdings at a rate of $70.00 per month.

The defendant shall pay restitution to the California Department of Health Services at a rate of $50.00 per month or, should the Social Security Administration adjust the withholding amount, in the amount of the monthly restitution payment rate ($120.00) minus the adjusted withholding deducted by the Social Security Administration.